No. 05–5495. FOLKES *v.* LEONE, ADMINISTRATOR, BAYSIDE STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5496. COLLINS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5497. CANNON ET AL. *v.* CALIFORNIA LEGISLATIVE COUNCIL ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–5498. FEASTER *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied. 

No. 05–5499. MURRAY *v.* MANN. C. A. 1st Cir. Certiorari denied.

No. 05–5500. MENA-VALERINO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 05–5501. FISHER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–5503. LANDRITH *v.* U. S. BANCORP, N. A., ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–5504. PABELLON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 05–5505. GIBBS *v.* HUMPHREY, WARDEN. Super. Ct. Mitchell County, Ga. Certiorari denied.

No. 05–5506. ALLEN *v.* DISTRICT COURT OF NEVADA, CLARK COUNTY, ET AL. Sup. Ct. Nev. Certiorari denied. 

No. 05–5507. WILLIAMS *v.* FARRIOR ET AL. C. A. 4th Cir. Certiorari denied. 

No. 05–5508. WARREN *v.* MILLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 05–5509. NASTASIO *v.* KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 05–5510. OSBORNE *v.* TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 05–5511. FRYER *v.* EVERSTINE. Ct. App. Cal., 6th App. Dist. Certiorari denied.